USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6   Statement of Visiting Attorney and Designation of Local Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

CASIE JO MCGEE and SARAH ELIZABETH ADKINS; JUSTIN MURDOCK and WILLIAM GLAVARIS; and NANCY ELIZABETH MICHAEL and JANE LOUISE FENTON, et al.

V.

KAREN S. COLE, in her official capacity as Cabell County Clerk; and VERA J. MCCORMICK, in her official capacity as KANAWHA COUNTY CLERK

STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL

CIVIL ACTION NUMBER 3:13-cv-24068

| | |
|---|---|
| Paul M. Smith, Jenner & Block LLP | 358870 |
| *Name of Visiting Attorney and firm name* | *Bar ID number* |

Plaintiffs

*Name of party represented*

District of Columbia Bar, 1101 K Street NW, Suite 200, Washington DC 20005
Maryland Bar, c/o Court of Appeals of Maryland, 361 Rowe Boulevard, Annapolis, MD 21401
New York Bar, c/o Appellate Division, 3rd Department, 7350 Capital State, Albany, NY 12224

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

Jenner & Block LLP, 1099 New York Avenue, NW Suite 900, Washington, DC 20001-4412

*Visiting Attorney's office address*

| | | |
|---|---|---|
| 202 639-6000 | 202 639-6066 | psmith@jenner.com |
| *Visiting Attorney's office telephone number* | *Office fax number* | *Email address* |
| John H. Tinney, Jr., Esquire<br>Tinney Law Firm, PLLC | | WV  6970 |
| *Name of Sponsoring Attorney and firm name* | | *WV Bar ID number* |

P.O. Box 3752
Charleston, WV 25337-3752

*Sponsoring Attorney's office address*

| | | |
|---|---|---|
| 304-720-3310 | 304-720-3315 | jacktinney@tinneylawfirm.com |
| *Sponsoring Attorney's office telephone number* | *Office fax number* | *Email address* |

USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6 Statement of Visiting Attorney and Designation of Local Counsel

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

_9/25/13_
Date

_[signature]_
Signature of Visiting Attorney

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

_9/30/13_
Date

_[signature]_
Signature of Sponsoring Attorney

### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at www.wvsd.uscourts.gov under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. Login and Password; Registration.**