

FILED
10/01/2013
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Casie Jo McGee, et al v Karen S. Cole, et al 3:13-cv-24068



ENTERED
APR -8 2013
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**STANDING ORDER IN RE:
ASSIGNMENT AND REFERRAL OF CIVIL ACTIONS
AND MATTERS TO MAGISTRATE JUDGES**

### DISCOVERY

Pursuant to Title 28, United States Code, Section 636, it is hereby **ORDERED** that all discovery disputes in civil cases, including those which arise post-judgment (e.g., interrogatories in aid of execution, judgment debtor examinations, motions to compel answers to suggestions), shall be referred as follows:

For the Beckley and Bluefield Divisions, to the Honorable R. Clarke VanDervort, United States Magistrate Judge;

For the Huntington and Parkersburg Divisions, to the Honorable Cheryl A. Eifert, United States Magistrate Judge; and

For the Charleston Division, to the Honorable Dwane L. Tinsley, United States Magistrate Judge.

### CIVIL MATTERS (JURY OR NON-JURY) ASSIGNED FOR ALL PROCEEDINGS UPON CONSENT

Actions in which all parties have consented to proceed before a magistrate judge upon the execution of a written Consent in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 7 are assigned as follows:

For the Beckley and Bluefield Divisions, to the Honorable R. Clarke VanDervort, United States Magistrate Judge;

For the Huntington and Parkersburg Divisions, to the Honorable Cheryl A. Eifert, United States Magistrate Judge; and

For the Charleston Division, to the Honorable Dwane L. Tinsley, United States Magistrate Judge.

**SOCIAL SECURITY CASES**

All actions for judicial review of an administrative determination under the Social Security Act are referred for total pretrial management and submission of proposed findings of fact and recommendations for disposition to the magistrate judges of the Southern District of West Virginia on an equal rotational basis as the actions are filed without regard to the divisional office in which they are filed.

Applications for award of attorneys' fees and expenses under the Social Security Act or the Equal Access to Justice Act shall be acted upon by the Magistrate Judge who received the initial case referral.

**HABEAS PROCEEDINGS**

All actions filed by persons who are proceeding pro se or with counsel pursuant to 28 U.S.C. §§ 2241, 2254, or 2255, and who are in custody are referred for total pretrial management and submission of proposed findings of fact and recommendations for disposition to the magistrate judges of the Southern District of West Virginia on an equal rotational basis as the actions are filed without regard to the divisional office in which they are filed.

## CIVIL RIGHTS ACTIONS AND CIVIL ACTIONS FILED BY PERSONS PROCEEDING PRO SE AND WHO ARE NOT INCARCERATED

All civil rights actions filed pursuant to 42 U.S.C. § 1983 and Bivens complaints filed pursuant to 28 U. S. C. § 1331 are referred for total pretrial management and submission of proposed findings of fact and recommendations for disposition as follows:

For the Beckley and Bluefield Divisions, to the Honorable R. Clarke VanDervort, United States Magistrate Judge;

For the Huntington and Parkersburg Divisions, to the Honorable Cheryl A. Eifert, United States Magistrate Judge; and

For the Charleston Division, to the Honorable Dwane L. Tinsley, United States Magistrate Judge.

The Clerk is directed to enter this Standing Order in each action filed on or after April 8, 2013, and to transmit copies to counsel of record and to any unrepresented parties.

ENTER: April 8, 2013

ROBERT C. CHAMBERS, CHIEF JUDGE