IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

CASIE JO MCGEE and SARAH ELIZABETH
ADKINS; JUSTIN MURDOCK and WILLIAM
GLAVARIS; and NANCY ELIZABETH
MICHAEL and JANE LOUISE FENTON,
individually and as next friends of A.S.M.,
minor child,

    Plaintiffs,

v.    CIVIL ACTION NO. 3:13-24068

KAREN S. COLE, in her official capacity as
CABELL COUNTY CLERK; and VERA J.
MCCORMICK, in her official capacity as
KANAWHA COUNTY CLERK,

    Defendants.

**ORDER**

  Pending before the Court is Defendant Vera J. McCormick's motion to extend time to file a responsive pleading (ECF No. 17) and her motion for expedited ruling (ECF No. 19). For reasons appearing to the Court, the Court **DIRECTS** Plaintiffs to file a response to the motion to extend time by **Thursday, October 24, 2013**. The Court hereby **SUSPENDS** the Defendant's responsive pleading deadline until further order of this Court. The Court therefore holds in **ABEYANCE** the motion to extend time and will rule on that motion after receiving Plaintiffs' response.

  The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

-1-

-2-

ENTER: October 22, 2013

_____
ROBERT C. CHAMBERS, CHIEF JUDGE