UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
Huntington Division

CASIE JO MCGEE and SARAH
ELIZABETH ADKINS, *et al.*,

     *Plaintiffs*,

v.

                                      Civil Action No. 3:13-cv-24068
                                      The Hon. Robert C. Chambers

KAREN S. COLE, *et al.*,

     *Defendants*.

## OPPOSITION OF PLAINTIFFS TO DEFENDANT VERA J. MCCORMICK'S MOTION TO EXTEND TIME FRAME TO FILE A RESPONSIVE PLEADING

**COME NOW**, the Plaintiffs in the above captioned matter, by their counsel, and hereby submit the following Opposition to Defendant's Motion to Extend Time Frame to File a Responsive Pleading. In support thereof, Plaintiffs state as follows:

### Facts

On October 1, 2013, Plaintiffs filed their Complaint for Declaratory and Injunctive Relief challenging the constitutionality of those provisions of West Virginia law that deny them the right to marry. On October 2, 2013, Plaintiffs timely served a Summons and Complaint on Defendant McCormick. On October 4, 2013, Plaintiffs filed a Notice of Constitutional Question pursuant to Fed. R. Civ. P. 5.1(a) and served such Notice on the West Virginia Attorney General. On October 9, 2013, pursuant to Fed. R. Civ. P. 5.1(b), this Court certified the constitutional issues raised by Plaintiffs to the West Virginia Attorney General. Pursuant to Fed. R. Civ. P. 5.1(c), the Attorney General may intervene within sixty days of the filing of the Notice, thereby setting the deadline for his intervention on December 3, 2013.

On October 18, 2013, Counsel for Defendant McCormick contacted John H. Tinney, Jr., Counsel for the Plaintiffs, and requested an extension [of thirty days] for filing a responsive pleading. Mr. Tinney denied that request, but offered an alternative extension and a proposal for a stipulated briefing schedule. Counsel for Defendant McCormick did not respond to Mr. Tinney's alternative, but instead filed the instant motion with this Court, seeking an extension of at least forty-one days – from October 23, 2013 to December 3, 2013 -- until after the time has passed for intervention by the West Virginia Attorney General.

## Argument

Plaintiffs do not object to a short, reasonable extension, but Defendant's request to extend their time to file a responsive pleading until the deadline for intervention by the West Virginia Attorney General is neither contemplated by Fed. R. Civ. P. 5.1 nor justified by good cause.

Rule 5.1 does not require that all progress in a case stop while the Attorney General considers intervention on a constitutional question. To the contrary, the only limitation placed on a matter during the intervention period is set forth in subsection (c), which prevents the Court from "enter[ing] a final judgment holding the statute unconstitutional." Fed. R. Civ. P. 5.1(c). Under the plain language of the rule, Defendant McCormick is simply incorrect that the Court may not make any determinations regarding the constitutionality of the challenged statutes during the intervention period. The Court can not only consider the constitutional questions but can even substantively rule on such. Regardless, there is certainly nothing preventing the timely filing of a responsive pleading by a party. As the Advisory Committee note to the 2006 Amendment to Rule 5.1 states,

> Pretrial activities may continue without interruption during the intervention period, and the court retains authority to grant interlocutory relief. The court may reject a constitutional challenge to a statute at any time. But the court may not enter a final judgment holding a statute unconstitutional before the attorney

> general has responded or the intervention period has expired without response.
> This rule does not displace any of the statutory or rule procedures that permit
> dismissal of all or part of an action--including a constitutional challenge--at any
> time, even before service of process.

Fed. R. Civ. P. 5.1 advisory committee's note.  Defendant McCormick cannot look to the

potential for intervention by the Attorney General as a reason for delaying her response to the

Complaint.

Moreover, Defendant McCormick's allegations about the potential impact of this case on

West Virginians cut against her efforts to delay this Court's consideration of this matter, as the

delay she seeks prejudices the Plaintiffs.  Defendant McCormick is, of course, correct that this

case raises critically important issues that matter tremendously to a large number of West

Virginians, but no one is more affected than the Plaintiffs and the other same-sex couples across

West Virginia who are presently denied the ability to marry or whose marriages from other

jurisdictions are denied recognition.  The constitutional injuries they are presently experiencing

are irreparable.  *Cf. AFT - W. Va. v. Kanawha County Bd. of Educ.*, 592 F. Supp. 2d 883, 905

(S.D. W. Va. 2009) (violation of fundamental constitutional right sufficient to demonstrate

irreparable harm).  Moreover, as set forth in the Complaint, each plaintiff experiences daily both

the tangible and intangible ramifications of Defendants' denials of marriage licenses.  Complaint

for Relief and Declaratory Judgment at ¶¶ 14-17, 27-36, and 46-47.  Given the stakes for the

Plaintiffs, Defendant McCormick cannot demonstrate sufficient good cause for such a lengthy

delay in filing a responsive pleading.

**WHEREFORE**, Plaintiffs pray that this Court will deny Defendant McCormick's

Motion to Extend Time Frame to File a Responsive Pleading, or, in the alternative, grant a more

limited extension of no more than ten days to file a responsive pleading, or grant such other relief as this Court deems just and proper in order that this matter proceeds expeditiously.

Dated: October 22, 2013                    Respectfully submitted,

                                           **ATTORNEYS FOR PLAINTIFFS**

                                           s/ John H. Tinney, Jr._____
                                           TINNEY LAW FIRM, PLLC
                                           John H. Tinney, Jr. (WVSB #6970)
                                           Heather Foster Kittredge (WVSB #8543)
                                           222 Capitol Street, Suite 500
                                           Charleston, West Virginia 25301
                                           Phone: (304) 720-3310
                                           Fax: (304) 720-3315
                                           JackTinney@tinneylawfirm.com
                                           HKittredge@tinneylawfirm.com

                                           LAMBDA LEGAL DEFENSE AND EDUCATION
                                           FUND, INC.
                                           Elizabeth L. Littrell (*pro hac vice* pending)
                                           730 Peachtree Street N.E.
                                           Suite 1070
                                           Atlanta, Georgia 30308-1210
                                           blittrell@lambdalegal.org
                                           Phone: (404) 897-1880
                                           Fax: (404) 897-1884

                                           Karen L. Loewy (*pro hac vice* pending)
                                           120 Wall Street, 19th Floor
                                           New York, New York 10005-3904*
                                           Phone: (212) 809-8585
                                           Fax: (212) 809-0055
                                           kloewy@lambdalegal.org
                                           *Admitted only in Massachusetts

                                           Camilla B. Taylor (*pro hac vice* pending)
                                           105 West Adams, 26th Floor
                                           Chicago, Illinois 60603-6208
                                           Phone: (312) 663-4413
                                           Fax: (312) 663-4307
                                           ctaylor@lambdalegal.org

JENNER & BLOCK LLP
Paul M. Smith (*pro hac vice* pending)
Luke C. Platzer (*pro hac vice* pending)
Lindsay C. Harrison (*pro hac vice* pending)
R. Trent McCotter (*pro hac vice* pending)
1099 New York Avenue, NW Suite 900
Washington, D.C. 20001-4412
Phone: (202) 639-6000
Fax: (202) 639-6006
psmith@jenner.com
lplatzer@jenner.com
lharrison@jenner.com
tmccotter@jenner.com

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
Huntington Division

CASIE JO MCGEE and SARAH
ELIZABETH ADKINS, *et al.*,

     *Plaintiffs,*

v.

                                 Civil Action No. 3:13-cv-24068
                                 The Hon. Robert C. Chambers

KAREN S. COLE, *et al.*,

     *Defendants.*

## CERTIFICATE OF SERVICE

I hereby certify that the 22nd day of October, 2013, I electronically filed the foregoing *"Opposition of Plaintiffs to Defendant Vera J. McCormick's Motion to Extend Time Frame to File a Responsive Pleading"* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participant:

Charles R. Bailey, Esquire
Michael W. Taylor, Esquire
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, WV  25337-3710
*Counsel for Defendant Vera J. McCormick*

I hereby certify that I have mailed the document by United States Postal Service to the following non-CM/ECF participant:

Lee Murray Hall, Esquire
Jenkins Fenstermaker, PLLC
325 Eight Street
Huntington, WV  25701-2225
*Counsel for Defendant Karen S. Cole*

                               /s/ John H. Tinney, Jr.
                               John H. Tinney, Jr.