IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

CASIE JO MCGEE and SARAH ELIZABETH
ADKINS; JUSTIN MURDOCK and WILLIAM
GLAVARIS; and NANCY ELIZABETH
MICHAEL and JANE LOUISE FENTON,
individually and as next friends of A.S.M.,
minor child,

           Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO.  3:13-24068

KAREN S. COLE, in her official capacity as
CABELL COUNTY CLERK; and VERA J.
MCCORMICK, in her official capacity as
KANAWHA COUNTY CLERK,

           Defendants.

## ORDER

Pending before the Court is the motion by the State of West Virginia to intervene as a defendant (ECF No. 25). Plaintiffs have advised the Court that they do not oppose intervention. The Court **FINDS** that the requirements for intervention have been met and accordingly **GRANTS** the motion to intervene.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:　　　December 2, 2013

                                         _____
                                         ROBERT C. CHAMBERS, CHIEF JUDGE