## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

CASIE JO MCGEE and SARAH ELIZABETH
ADKINS; JUSTIN MURDOCK and WILLIAM
GLAVARIS; and NANCY ELIZABETH
MICHAEL and JANE LOUISE FENTON,
individually and as next friends of A.S.M.,
minor child,

                    Plaintiffs,

v.                                                CIVIL ACTION NO.   3:13-24068

KAREN S. COLE, in her official capacity as
CABELL COUNTY CLERK; and VERA J.
MCCORMICK, in her official capacity as
KANAWHA COUNTY CLERK,

                    Defendants.

### ORDER AND NOTICE

Pursuant to LR Civ P 16.1, it is **ORDERED** that the following dates are hereby fixed as the

times by or on which certain events must occur:

12/16/13     Motions under FR Civ P 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof.   (All motions unsupported by memoranda will be denied without prejudice pursuant to LR Civ P 7.1(a).)

12/16/13     Last day for Rule 26(f) meeting.

12/22/13     Last day to file report of Rule 26(f) meeting ─ See Scheduling Order Worksheet, available on the Court's website and at LR Civ P 16.1.

01/06/14     Scheduling/ status conference with the Court and lead counsel at **2:30 p.m.**, unless otherwise directed.   Be prepared to discuss the following:

             (a)     the discovery to be completed and the amount of time necessary for its completion;

(b)    the further formulation and simplification of issues, including possible elimination of claims or defenses;

(c)    the possibility of entering into stipulations regarding issues for trial;

(d)    the possibility of obtaining admissions regarding facts and documents; and

(e)    other matters that will assist the parties in reaching a final resolution of this matter.

01/16/14       Entry of scheduling order.

01/21/14       Last day to make FR Civ P 26(a)(1) disclosures.


## NOTICE

The provision of FR Civ P 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

Pursuant to LR Civ P 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C. § 636. The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (FR Civ P Form 34), or by so indicating on the Report of Parties' Planning Meeting and Scheduling Order Worksheet, all of which are available on the Court's website.

The Court **DIRECTS** the Clerk to send a copy of this Order and Notice to counsel of record and any unrepresented parties.


ENTER:       December 2, 2013

ROBERT C. CHAMBERS, CHIEF JUDGE