**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**Huntington Division**

**CASIE JO MCGEE and SARAH ELIZABETH ADKINS; JUSTIN MURDOCK and WILLIAM GLAVARIS; and NANCY ELIZABETH MICHAEL and JANE LOUISE FENTON, individually and as next friends of A.S.M., a minor child;**

***Plaintiffs*,**

**v.** **Civil Action No. 3:13-24068**

**KAREN S. COLE, in her official capacity as CABELL COUNTY CLERK; and VERA J. MCCORMICK, in her official capacity as KANAWHA COUNTY CLERK;**

***Defendants*,**

**And**

**STATE OF WEST VIRGINIA *ex rel. PATRICK MORRISSEY, ATTORNEY GENERAL OF WEST VIRGINIA*,**

***Intervenor.***

## JOINT REPORT OF PARTIES PLANNING MEETING

1. Pursuant to Federal Rule of Civil Procedure 26(f) and this Court's previous Order, a meeting was held on December 16, 2013. Those participating were:

John H. Tinney, Jr.
Camilla Taylor
Karen L. Loewy
Elizabeth Litrell
Lindsay C. Harrison
*Counsel for Plaintiffs*

Charles R. Bailey
Michael Taylor
*Counsel for Defendant Vera J. McCormick*

Lee Murray Hall
Sarah A. Walling
*Counsel for Defendant Karen S. Cole*

Daniel W. Greear
Elbert Lin
Julie Ann Warren
*Counsel for Intervenor State of West Virginia*

Initially, the parties discussed the nature of this lawsuit and agreed that, in all likelihood, this constitutional challenge would be resolved through motion practice on questions of law. Accordingly, the parties also agreed that it was unlikely that factual discovery would be necessary to present this matter for resolution by this Court.

Although all parties participated in good faith in attempting to reach an agreement as to the schedule and future deadlines, the parties were not able to reach an agreement. This Court has scheduled a hearing for January 6, 2014, and the parties will be prepared to discuss their respective positions with the Court at that time.

*Plaintiffs' Position*: Rule 12(b) Motions have been filed and will be fully briefed during the first week of January. Plaintiffs intend to file promptly a dispositive Motion for Summary Judgment. Briefing on that dispositive motion may proceed in accordance with the local rules or upon an alternative schedule set by the Court. As counsel for Plaintiffs expressed during the planning meeting, Plaintiffs are amenable to reasonable requests for extensions to the time set by the Local Rules. Discovery should proceed simultaneously and in the normal fashion so that, in the event that the Court does not dispose of the case in its entirety upon consideration of the parties' respective dispositive motions, a trial can proceed promptly and efficiently thereafter.

*Defendants' Position*: Defendants have filed their respective Rule 12(b) motions and believe that it would be most efficient for the Court to resolve those motions, which could narrow the issues, before summary judgment briefing begins. Consistent with the Federal Rules of Civil Procedure, Defendants' respective answers should be due 14 days after the Court's resolution of their respective Rule 12(b) motions. Defendants would like the Court to address the appropriate briefing schedule and page limits for the parties' expected summary judgment motions during the Court's scheduling conference on January 6, 2014. At a minimum, should Plaintiffs file a summary judgment motion before January 6, Defendants' request that their time to respond should not begin to run until that date. Furthermore, because all parties agree that discovery is unlikely to be necessary, Defendants believe that it is in the interest of judicial efficiency to defer scheduling of discovery until the Court has resolved the parties' summary judgment motions and determined whether discovery is needed.

2. Pre-Discovery Disclosures. The parties will exchange pursuant to this Court's December 2, 2013 Order, on January 21, 2014.

3. Plaintiffs should be allowed until February 5, 2014 to join additional parties and amend the pleadings. This action is not suitable for designation as a complex case requiring special case management procedures and additional pretrial conferences. The parties *do not* wish to have a United States Magistrate Judge conduct any proceedings other than potential discovery disputes.

*Plaintiffs' Position.* Although the parties agree that the Court is likely to resolve this case on motions as a question of law, Plaintiffs would like the Court to set a prompt trial date[1] and discovery deadlines in the event that further proceedings become necessary.

[1] Plaintiffs respectfully suggest that a trial date in June of 2014, or as soon thereafter as the Court finds appropriate would be appropriate.

*Defendants' Position.* Defendants do not believe that discovery or a trial is necessary, and ask the Court to rule on all dispositive motions before setting discovery or trial dates. In the interest of judicial efficiency, Defendants further request that briefing on summary judgment not begin until after Plaintiffs' deadline for joining additional parties and amending the pleadings has passed.

DATED: December 20, 2013

Respectfully submitted,

**ATTORNEYS FOR PLAINTIFFS**

s/ John H. Tinney, Jr.
TINNEY LAW FIRM, PLLC
John H. Tinney, Jr. (WVSB #6970)
Heather Foster Kittredge (WVSB #8543)
222 Capitol Street, Suite 500
Charleston, West Virginia 25301
Phone: (304) 720-3310
Fax: (304) 720-3315
JackTinney@tinneylawfirm.com
HKittredge@tinneylawfirm.com

LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
Elizabeth L. Littrell (*pro hac vice* pending)
730 Peachtree Street N.E.
Suite 1070
Atlanta, Georgia 30308-1210
blittrell@lambdalegal.org
Phone: (404) 897-1880
Fax: (404) 897-1884

Karen L. Loewy (*pro hac vice* pending)
120 Wall Street, 19th Floor
New York, New York 10005-3904*
Phone: (212) 809-8585
Fax: (212) 809-0055
kloewy@lambdalegal.org
*Admitted only in Massachusetts

Camilla B. Taylor (*pro hac vice* pending)
105 West Adams, 26th Floor
Chicago, Illinois 60603-6208
Phone: (312) 663-4413
Fax: (312) 663-4307
ctaylor@lambdalegal.org

JENNER & BLOCK LLP
Paul M. Smith (*pro hac vice* pending)
Luke C. Platzer (*pro hac vice* pending)
Lindsay C. Harrison (*pro hac vice* pending)
R. Trent McCotter (*pro hac vice* pending)
1099 New York Avenue, NW Suite 900
Washington, D.C. 20001-4412
Phone: (202) 639-6000
Fax: (202) 639-6006
psmith@jenner.com
lplatzer@jenner.com
lharrison@jenner.com
tmccotter@jenner.com

**ATTORNEYS FOR DEFENDANT-INTERVENOR**

PATRICK MORRISEY
ATTORNEY GENERAL

s/ Elbert Lin
Elbert Lin (WV Bar Number: 12171)
Solicitor General
Julie Warren (WV Bar Number: 9789)
Assistant Attorney General
Office of the Attorney General
State Capitol Building 1, Room E-26
Charleston, WV 25305
Telephone: (304) 558-2021
Fax: (304) 558-0140
E-mail: elbert.lin@wvago.gov

*Counsel for the State of West Virginia*

**ATTORNEYS FOR DEFENDANT VERA J. MCCORMICK**

**/s/ Charles R. Bailey**
**Charles R. Bailey (WV Bar #0202)**
**Michael W. Taylor (WV Bar #11715)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia 25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
cbailey@baileywyant.com
mtaylor@baileywyant.com

*Counsel for Defendant Vera J. McCormick*

**ATTORNEYS FOR DEFENDANT KAREN S. COLE**

/s/ Lee Murray Hall
Lee Murray Hall, Esquire (WVSB # 6447)
Sarah A. Walling, Esquire (WVSB #11407)
JENKINS FENSTERMAKER, PLLC
Post Office Box 2688
Huntington, WV 25726-2688
Telephone: (304) 523-2100
Fax: (304) 523-2347
lmh@jenkinsfenstermaker.com
saw@jenkinsfenstermaker.com