UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
Huntington Division

CASIE JO MCGEE and SARAH
ELIZABETH ADKINS; JUSTIN
MURDOCK and WILLIAM GLAVARIS;
and NANCY ELIZABETH MICHAEL and
JANE LOUISE FENTON,
individually and as next friends of A.S.M.,
minor child,

    Plaintiffs,

v.                                                                                                       Civil Action No. 3:13-CV-24068
                                                                                                        Honorable Robert Chambers

KAREN S. COLE, in her official capacity as
CABELL COUNTY CLERK; and VERA J.
MCCORMICK, in her official capacity as
KANAWHA COUNTY CLERK,

    Defendants.

**DEFENDANT KAREN S. COLE AND DEFENDANT VERA J. MCCORMICK'S JOINT MOTION TO STRIKE PLAINTIFFS' "NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS MCCORMICK AND COLE'S MOTIONS TO DISMISS" [DOCKET ENTRY # 44]**

      **COME NOW,** Defendants Karen S. Cole, by counsel, and Defendant Vera J. McCormick, by counsel, and hereby move this Court to strike from the record Plaintiffs' "Notice of Supplemental Authority in Opposition to Defendants McCormick and Cole's Motions to Dismiss" [docket entry #44], as such a filing is not ordinarily permitted and are never permitted without first seeking leave of Court, which Plaintiffs failed to seek and be granted such leave, thereby making it unauthorized.

      **WHEREFORE**, based on the reasoning set forth above, as well as in the contemporaneously filed "Memorandum of Law", these Defendants pray this Court will enter an Order striking Plaintiffs' "Notice of Supplemental Authority in Opposition to Defendants McCormick and Cole's Motions to Dismiss" from the record, as well as all other relief deemed just and proper.

1

**Respectfully submitted,**

**ATTORNEYS FOR DEFENDANT
 VERA J. MCCORMICK**

  /s/ Charles R. Bailey_____
Charles R. Bailey (WV Bar #0202)
Michael W. Taylor (WV Bar #11715)
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia  25337-3710
T: 304.345.4222
F: 304.343.3133
cbailey@baileywyant.com
mtaylor@baileywyant.com

**ATTORNEYS FOR DEFENDANT
KAREN S. COLE**

/s/ Lee Murray Hall_____
Lee Murray Hall, Esquire (WVSB # 6447)
Sarah A. Walling, Esquire (WVSB #11407)
JENKINS FENSTERMAKER, PLLC
Post Office Box 2688
Huntington, WV  25726-2688
Telephone: (304) 523-2100
Fax: (304) 523-2347
lmh@jenkinsfenstermaker.com
saw@jenkinsfenstermaker.com

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
Huntington Division

**CASIE JO MCGEE and SARAH
ELIZABETH ADKINS; JUSTIN
MURDOCK and WILLIAM GLAVARIS;
and NANCY ELIZABETH MICHAEL and
JANE LOUISE FENTON,**
individually and as next friends of A.S.M.,
minor child,

  **Plaintiffs,**

v.                 Civil Action No. 3:13-CV-24068
                     Honorable Robert Chambers

**KAREN S. COLE, in her official capacity as
CABELL COUNTY CLERK; and VERA J.
MCCORMICK, in her official capacity as
KANAWHA COUNTY CLERK,**

  **Defendants.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing "DEFENDANT KAREN S. COLE AND DEFENDANT VERA J. MCCORMICK'S JOINT MOTION TO STRIKE PLAINTIFFS' "NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS MCCORMICK AND COLE'S MOTIONS TO DISMISS" [DOCKET ENTRY # 44]" was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, Friday, January 03, 2014:

Camilla B. Taylor, Esq.
Lambda Legal Defense and Education Fund, Inc.
105 West Adams, 26th Floor
Chicago, IL  60603-6208
Email Address: ctaylor@lambdalegal.org
Attorney For: Plaintiffs

Elbert Lin, Esq.
Officer of the Attorney General
State Capitol Building 1, Room E-26
Charleston, WV  25305
Email Address: elbert.lin@wvago.gov

Attorney For: State of West Virginia

Elizabeth L. Littrell, Esq.
Lambda Legal Defense and Education Fund, Inc.
730 Peachtree Street, N.E.
Suite 1070
Atlanta, GA  30308-1210
Email Address: blittrell@lambdalegal.org
Attorney For: Plaintiffs

Heather D. Foster Kittredge, Esq.
The Tinney Law Firm, PLLC
707 Virginia Street, East, 14th Floor
P.O. Box 3752
Charleston, WV  25337
Email Address: hkitteredge@tinneylawfirm.com
Attorney For: Plaintiffs

John H. Tinney, Jr., Esq.
The Tinney Law Firm PLLC
PO Box 3752
Charleston, WV  25337-3752
Email Address: jacktinney@tinneylawfirm.com
Attorney For: Plaintiffs

Julie A. Warren, Esq.
Office of the West Virginia Attorney General
State Capitol Building 1, Rm E-26
Charleston, WV  25305
Email Address: Julie.Warren@wvago.gov
Attorney For: State of West Virginia

Karen  L. Loewy, Esq.
Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY  10005-3904
Email Address: kloewy@lambdalegal.org
Attorney For: Plaintiffs

Lee  Murray Hall, Esq.
Jenkins Fenstermaker, PLLC
P.O. Box 2688
Huntington, WV  25726-2688
Email Address: lmh@jenkinsfenstermaker.com
Attorney For: Karen S. Cole

Lindsay C. Harrison, Esq.
Jenner & Block
1099 New York Avenue, NW Suite 900
Washington, D.C. 20001-4412
Email Address: lharrison@jenner.com
Attorney For: Plaintiffs

Luke C. Platzer, Esq.
Jenner & Block
1099 New York Avenue, NW Suite 900
Washington, D.C. 20001-4412
Email Address: lplatzer@jenner.com
Attorney For: Plaintiffs

Paul M. Smith, Esq.
Jenner & Block
1099 New York Avenue, NW Suite 900
Washington, D.C. 20001-4412
Email Address: psmith@jenner.com
Attorney For: Plaintiffs

  /s/ Charles R. Bailey _____
Charles R. Bailey (WV Bar #0202)
Michael W. Taylor (WV Bar #11715)
BAILEY & WYANT, PLLC