# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Huntington
Date: 1/6/2014                                                                                     Case Number 3:13-cv-24068
Case Style: McGee et al vs. Cole et al
Type of hearing Scheduling Conference
Before the honorable: 2514-Chambers
Court Reporter Teresa Ruffner                                                      Courtroom Deputy Terry Justice
Attorney(s) for the Plaintiff or Government Lindsay Harrison,Heather Kittredge,John Tinney


Attorney(s) for the Defendant(s) Lee Hall, Sarah Walling, Michael Taylor, Elbert Lin, Julie Warren


Law Clerk Amanda Ploch                                                             Probation Officer

### Trial Time

### Non-Trial Time

Other non-evidentiary hearing. Type: scheduling conference

### Court Time

2:45 pm    to 2:53 pm
Total Court Time: 0 Hours 8 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes

Conference scheduled to commence:  2:30 pm
Conference commenced:  2:45 pm

The parties discussed the pending motion by Defendants to stay briefing on Plaintiffs' motion for summary judgment until the Court enters its scheduling order following the scheduling conference (ECF No. 43).
Motion held in abeyance.

2:53 pm Adjourn.