IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

CASIE JO MCGEE and SARAH ELIZABETH
ADKINS; JUSTIN MURDOCK and WILLIAM
GLAVARIS; and NANCY ELIZABETH
MICHAEL and JANE LOUISE FENTON,
individually and as next friends of A.S.M.,
minor child,

       Plaintiffs,

v.               CIVIL ACTION NO.  3:13-24068

KAREN S. COLE, in her official capacity as
CABELL COUNTY CLERK; and VERA J.
MCCORMICK, in her official capacity as
KANAWHA COUNTY CLERK,

       Defendants.

## ORDER

The Court convened a scheduling conference in this matter on January 6, 2014. At this scheduling conference, the parties discussed the pending motion by Defendants to stay briefing on Plaintiffs' motion for summary judgment until the Court enters its scheduling order following the scheduling conference (ECF No. 43). For the reasons explained at the scheduling conference, the Court **HOLDS in abeyance** the motion. As discussed at the hearing, if the Court denies the pending motions to dismiss, the Memorandum Opinion and Order denying those motions will include scheduling deadlines for Defendants to respond to Plaintiffs' motion for summary judgment and for Defendants to file their own motions for summary judgment should they choose to do so.

The Court **DIRECTS** the Clerk to send a copy of this written Opinion and Order to counsel of record and any unrepresented parties.

ENTER: January 10, 2014

_____
ROBERT C. CHAMBERS, CHIEF JUDGE