IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

CASIE JO MCGEE and SARAH ELIZABETH
ADKINS; JUSTIN MURDOCK and WILLIAM
GLAVARIS; and NANCY ELIZABETH
MICHAEL and JANE LOUISE FENTON,
individually and as next friends of A.S.M.,
minor child,

                Plaintiffs,

v.　　　　　　　　　　　　　　　　　CIVIL ACTION NO.  3:13-24068

KAREN S. COLE, in her official capacity as
CABELL COUNTY CLERK; and VERA J.
MCCORMICK, in her official capacity as
KANAWHA COUNTY CLERK,

                Defendants.

**ORDER**

      This Court has previously held in abeyance the pending motion by Defendants to stay briefing on Plaintiffs' motion for summary judgment until the Court enters its scheduling order following the scheduling conference (ECF No. 43). For the reasons explained at the scheduling conference on January 6, 2014, and in light of the approaching deadline for Defendants' responses to Plaintiffs' motion for summary judgment, the Court **STAYS** the deadline for response. Defendants' responses will be due **seven days** after entry of an Order resolving the motions to dismiss, should the Court decline to dismiss the case in its entirety.

      The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:    January 17, 2014

_____
ROBERT C. CHAMBERS, CHIEF JUDGE