IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

**HUNTINGTON DIVISION**

CASIE JO MCGEE and SARA ELIZABETH
ADKINS; JUSTIN MURDOCK and WILLIAM
GLAVARIS; and NANCY ELIZABETH
MICHAEL and JANE LOUISE FENTON,
Individually and as next friends of A.S.M.,
minor child,

        Plaintiffs,

v.                                             Civil Action No. 3:13-24068

KAREN S. COLE, in her official capacity as
CABELL COUNTY CLERK; and VERA J.
MCCORMICK, in her official capacity as
KANAWHA COUNTY CLERK,

        Defendants.

and

STATE OF WEST VIRGINIA,

        Defendant-Intervenor.

**STATE OF WEST VIRGINIA'S REPLY
SUPPORTING ITS MOTION TO AMEND THE DEADLINE
TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendants respectfully request this Court amend the deadline to permit Defendants until

February 7, 2014, or seven days after the Court's Order on their Motions to Dismiss, whichever

is later, to respond to Plaintiffs' motion for summary judgment.

      1.      In their Partial Opposition, Plaintiffs refuse to consent to an extension of (now)

four days.

1

2.     Instead, they are willing to agree to the modest extension only if the Court *reduces* the amount of time that Defendants and the State will have to file their reply briefs in support of their cross-motions for summary judgment from ten days, as provided in the rules, to seven days.  *See* L.R. Civ. P. 7.1(a)(7) (requiring any reply to be filed and served "within 7 days from the date of service of the memorandum in response"); Fed. R. Civ. P. 6(d) (adding three days "after the period would otherwise expire" when service is performed electronically).

3.     As described in the State's Motion, the State has good cause for the modest (and diminishing) extension it has requested for its initial filing, and does not believe that Plaintiff's proposed conditions are warranted or appropriate.

4.     It is undisputed that this matter is a significant case involving the constitutionality of several State statutes.

5.     While the State has proceeded, and intends to continue proceeding, expeditiously and in good faith, a reduction in the time provided under the rules would prejudice the State's ability to properly brief this matter.

6.     Furthermore, it cannot be determined at this time whether good cause may arise during the preparation of the State's reply brief to warrant a modest extension of time.  Local Rule 7.1(a)(7) permits the Court to modify the deadlines upon request.

For these reasons and the reasons stated in the State's Motion, the Court should grant the State's motion to amend the schedule and decline to impose the conditions proposed by Plaintiffs.

Respectfully submitted,


PATRICK MORRISEY
ATTORNEY GENERAL


*s/ Julie Ann Warren*_____
Elbert Lin (WV Bar Number: 12171)
  *Solicitor General*
Julie Ann Warren (WV Bar Number: 9789)
  *Assistant Attorney General*

Office of the Attorney General
State Capitol Building 1, Room E-26
Charleston, WV 25305
Telephone: (304) 558-2021
Fax: (304) 558-0140
E-mail: elbert.lin@wvago.gov

*Counsel for the State of West Virginia*

Dated: January 27, 2014

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

CASIE JO MCGEE and SARA ELIZABETH
ADKINS; JUSTIN MURDOCK and WILLIAM
GLAVARIS; and NANCY ELIZABETH
MICHAEL and JANE LOUISE FENTON,
Individually and as next friends of A.S.M.,
minor child,

     **Plaintiffs,**

v.              Civil Action No. 3:13-24068

KAREN S. COLE, in her official capacity as
CABELL COUNTY CLERK; and VERA J.
MCCORMICK, in her official capacity as
KANAWHA COUNTY CLERK,

     **Defendants.**

and

STATE OF WEST VIRGINIA,

    **Defendant-Intervenor.**

## CERTIFICATE OF SERVICE

   I, Julie Ann Warren, counsel for the Movant, hereby certify that on January 27, 2014, I electronically filed the foregoing *State Of West Virginia's Reply Supporting Its Motion To Amend The Deadline To Respond To Plaintiff's Motion For Summary Judgment* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Camilla B. Taylor
LAMBDA LEGAL DEFENSE &
EDUCATION FUND, INC.
Suite 2600
105 West Adams
Chicago, IL 60603
Email: ctaylor@lambdalegal.org

Elizabeth L. Littrell
LAMBA LEGAL DEFENSE &
EDUCATION FUND, INC.
Suite 1070
730 Peachtree Street, NE
Atlanta, GA 30308-1210
Email: blittrell@lambdalegal.org

4

Heather Foster Kittredge
THE TINNEY LAW FIRM
P. O. Box 3752
Charleston, WV 25337-3752
Email: heather@tinneylawfirm.com

Karen L. Loewy
LAMBDA LEGAL DEFENSE &
EDUCATION FUND, INC.
19th Floor
120 Wall Street
New York, NY 10005-3904
Email: kloewy@lambdalegal.org

Lindsay C. Harrison
JENNER & BLOCK
Suite 900
1099 New York Avenue, NW
Washington, DC 20001-4412

Luke C. Platzer
JENNER & BLOCK
Suite 900
1099 New York Avenue, NW
Washington, DC 20001-4412
Email: lplatzer@jenner.com

Paul M. Smith
JENNER & BLOCK
Suite 900
1099 New York Avenue, NW
Washington, DC 20001-4412
Email: psmith@jenner.com

R. Trent McCotter
JENNER & BLOCK
Suite 900
1099 New York Avenue, NW
Washington, DC 20001-4412
Email: rmccotter@jenner.com

John H. Tinney , Jr.
THE TINNEY LAW FIRM
P. O. Box 3752
Charleston, WV 25337-3752
Email: jacktinney@tinneylawfirm.com

Lee Murray Hall
JENKINS FENSTERMAKER
P. O. BOX 2688
Huntington, WV 25726-2688
Email: lmh@jenkinsfenstermaker.com

Sarah A. Walling
JENKINS FENSTERMAKER
P. O. Box 2688
Huntington, WV 25726-2688
Email: saw@jenkinsfenstermaker.com

Charles R. Bailey
BAILEY & WYANT
P. O. Box 3710
Charleston, WV 25337-3710
Email: cbailey@baileywyant.com

Michael W. Taylor
BAILEY & WYANT
P. O. Box 3710
Charleston, WV 25337-3710
Email: mtaylor@baileywyant.com

_s/Julie Ann Warren_____
Julie Ann Warren

5