IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

CASIE JO MCGEE and SARAH ELIZABETH
ADKINS; JUSTIN MURDOCK and WILLIAM
GLAVARIS; and NANCY ELIZABETH
MICHAEL and JANE LOUISE FENTON,
individually and as next friends of A.S.M.,
minor child,

        Plaintiffs,

v.               CIVIL ACTION NO.   3:13-24068

KAREN S. COLE, in her official capacity as
CABELL COUNTY CLERK; and VERA J.
MCCORMICK, in her official capacity as
KANAWHA COUNTY CLERK,

        Defendants,
and

STATE OF WEST VIRGINIA

        Intervenor Defendant.

## ORDER

Pending before the Court is Plaintiffs' motion to submit Ninth Notice of Supplemental Authority (ECF No. 129).   For reasons appearing to the Court, this motion is **GRANTED**.   The Court **DIRECTS** the Clerk to file the notice of supplemental authority and accompanying exhibits.

In addition, the U.S. Court of Appeals for the Fourth Circuit issued an opinion in the case of *Bostic v. Schaefer*, Nos. 14–1167, 14–1169, 14–1173, 2014 WL 3702493 (4th Cir. July 28, 2014), on July 28, 2014, in which the plaintiffs challenged Virginia's constitutional and statutory prohibition of same-sex marriage.   The Fourth Circuit held that the Virginia Marriage Laws

violate the Due Process and Equal Protection Clauses of the Fourteenth Amendment to the United States Constitution. *Bostic*, 2014 WL 3702493, at \*16. George E. Shaefer, III, in his official capacity as the Clerk of Court for Norfolk Circuit Court filed a Petition for a Writ of Certiorari to the United States Supreme Court. Because of the overlap in the issues present in that case and the one before this Court, the Court *sua sponte* **ORDERS** that the instant case be **STAYED** pending a decision from the Supreme Court.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:    September 16, 2014

        _____
        ROBERT C. CHAMBERS, CHIEF JUDGE