IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

CASIE JO MCGEE and SARAH ELIZABETH
ADKINS; JUSTIN MURDOCK and WILLIAM
GLAVARIS; and NANCY ELIZABETH
MICHAEL and JANE LOUISE FENTON,
individually and as next friends of A.S.M.,
minor child,

      Plaintiffs,

v.           CIVIL ACTION NO.  3:13-24068

KAREN S. COLE, in her official capacity as
CABELL COUNTY CLERK; and VERA J.
MCCORMICK, in her official capacity as
KANAWHA COUNTY CLERK,

      Defendants,
and

STATE OF WEST VIRGINIA

      Intervenor Defendant.

### ORDER

  Pending before the Court is Plaintiffs' Amended Motion to Lift Stay and Enter Judgment (ECF No. 132).   The Court **LIFTS** the stay in this action.   The Court **DIRECTS** Defendants and Intervenor Defendant to respond to Plaintiffs' motion by **October 21, 2014**.   Defendants and Intervenor Defendant should include in their response any additional objections they may have to the relief sought.   Any reply shall be filed within 7 days of filing of the response.

  The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

       ENTER:  October 7, 2014

           _____
           ROBERT C. CHAMBERS, CHIEF JUDGE