# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### HUNTINGTON DIVISION

| | |
|---|---|
| CASIE JO MCGEE and SARAH ELIZABETH ADKINS; JUSTIN MURDOCK and WILLIAM GLAVARIS; and NANCY ELIZABETH MICHAEL and JANE LOUISE FENTON, individually and as next friends of A.S.M., a minor child;<br><br>  Plaintiffs,<br><br>    v.<br><br>KAREN S. COLE, in her official capacity as CABEL COUNTY CLERK; and VERA J. MCCORMICK, in her official capacity as KANAWHA COUNTY CLERK;<br><br>  Defendants,<br><br>  and<br><br>STATE of WEST VIRGINIA,<br><br>  Intervenor-Defendant. | No. 3:13-cv-24068<br><br>Hon. Robert Chambers |

## MOTION FOR ATTORNEYS' FEES, EXPENSES, AND COSTS

  Pursuant to 42 U.S.C. § 1988 and Fed. R. Civ. P. 54(d), Plaintiffs respectfully move the Court to award reasonable attorneys' fees, expenses, and costs in the amount of $350,256.19 to Plaintiffs as the prevailing parties. In support of this motion, Plaintiffs submit a Memorandum in Support and accompanying documentation.

  Dated: December 2, 2014          Respectfully submitted,

                    CASIE JO MCGEE and SARAH ELIZABETH
                    ADKINS, et al.

By Counsel:


_____/s/ John H. Tinney, Jr._____

THE TINNEY LAW FIRM, PLLC

THE TINNEY LAW FIRM, PLLC
John H. Tinney, Jr. (WVSB #6970)
Heather Foster Kittredge (WVSB #8543)
PO Box 3752
Charleston, West Virginia 25337-3752
Phone: (304) 720-3310
Fax: (304) 720-3315
JackTinney@tinneylawfirm.com
HKittredge@tinneylawfirm.com

Camilla B. Taylor (*pro hac vice*)
105 West Adams, 26th Floor
Chicago, Illinois 60603-6208
Phone: (312) 663-4413
Fax: (312) 663-4307
ctaylor@lambdalegal.org

Elizabeth L. Littrell (*pro hac vice*)
730 Peachtree Street, NE
Suite 1070
Atlanta, Georgia 30308-1210
Phone: (404) 897-1880
Fax: (404) 897-1884
blittrell@lambdalegal.org

Karen L. Loewy (*pro hac vice*)
120 Wall Street, 19th Floor
New York, New York 10005-3904
Phone: (212) 809-8585
Fax: (212) 809-0055
kloewy@lambdalegal.org

JENNER & BLOCK LLP
Paul M. Smith (*pro hac vice*)
Lindsay C. Harrison (*pro hac vice*)
Luke C. Platzer (*pro hac vice*)
R. Trent McCotter (*pro hac vice*)
1099 New York Avenue, NW

Suite 900
Washington, DC  20001-4412
Phone: (202) 639-6000
Fax: (202) 639-6006
psmith@jenner.com
lharrison@jenner.com
lplatzer@jenner.com
rmccotter@jenner.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 2nd day of December 2014, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Elbert Lin, Esquire
Julie Ann Warren, Esquire
Julie Marie Blake, Esquire
Office of the Attorney General
State Capitol Building 1, Room E-26
Charleston, WV 25305
*Counsel for Defendant-Intervenor State of West Virginia*

Charles R. Bailey, Esquire
Michael W. Taylor, Esquire
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, WV 25337-3710
*Counsel for Defendant Vera J McCormick*

Lee Murray Hall, Esquire
Sarah A. Walling, Esquire
Jenkins Fenstermaker, PLLC
325 Eight Street
Huntington, WV 25701-2225
*Counsel for Defendant Karen S. Cole*

      /s/ John H. Tinney, Jr.
      John H. Tinney, Jr.
      *Counsel for Plaintiffs*