# EXHIBIT C

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| CASIE JO MCGEE and SARAH ELIZABETH ADKINS; JUSTIN MURDOCK and WILLIAM GLAVARIS; and NANCY ELIZABETH MICHAEL and JANE LOUISE FENTON, individually and as next friends of A.S.M., a minor child;<br><br>*Plaintiffs,*<br><br>v.<br><br>KAREN S. COLE, in her official capacity as CABEL COUNTY CLERK; and VERA J. MCCORMICK, in her official capacity as KANAWHA COUNTY CLERK;<br><br>*Defendants,*<br><br>and<br><br>STATE OF WEST VIRGINIA;<br><br>*Defendant-Intervenor.* | No. 3:13-cv-24068<br><br>Hon. Robert Chambers |

### DECLARATION OF CAMILLA B. TAYLOR

I, CAMILLA B. TAYLOR, after being duly sworn, hereby declare as follows:

1. I am one of the lawyers for the Plaintiffs in the above-captioned case. I am Counsel and the National Marriage Project Director for Lambda Legal Defense and Education Fund, Inc. ("Lambda Legal"). I am legally competent to make this affidavit and have personal knowledge of the facts set forth herein. The testimony set forth in this Declaration is based on first-hand knowledge, about which I could and would testify competently in open Court if called

upon to do so. This Declaration is submitted in support of Plaintiffs' Motion for an Award of Attorneys' Fees and Expenses.

2. Lambda Legal is the nation's oldest and largest legal organization committed to achieving full recognition of the civil rights of lesbian, gay, bisexual, and transgender people and those living with HIV through impact litigation, education, and public policy work. Lambda Legal has been party counsel in numerous challenges to state laws banning same-sex couples from marriage.[1] Lambda Legal also was party counsel in *Romer v. Evans*, 517 U.S. 620 (1996), and *Lawrence v. Texas*, 539 U.S. 558 (2003), and *amicus* in *United States v. Windsor*, 133 S. Ct. 2675 (2013), the leading Supreme Court cases redressing sexual orientation discrimination.

---

[1] *See, e.g., Sevcik v. Sandoval*, __F.3d __, No. 12-17668, 2014 WL 4977682 (9th Cir. Nov. 6, 2014) (holding Nevada's marriage ban unconstitutional); *Baskin v. Bogan*, 766 F.3d 648 (7th Cir. 2014) (holding Indiana marriage ban unconstitutional), *cert denied* 135 S.Ct. 316, *Bostic v. Schaeffer*, 760 F.3d 352 (4th Cir. 2014) (counsel for intervening appellee class of Virginia same-sex couples) (holding Virginia marriage ban unconstitutional), *cert. denied sub nom. Rainey v. Bostic*, 190 L. Ed. 2d 140 (2014), *sub nom. Schaefer v. Bostic*, 190 L. Ed. 2d 140 (2014), and *sub nom. McQuigg v. Bostic*, 190 L. Ed. 2d 140 (2014); *Henry v. Hodges*, 14 F.Supp.3d 1036 (S.D. Ohio 2014) (invalidating Ohio's ban on recognition of same-sex couples' out-of-state marriages), rev'd *sub nom DeBoer v. Snyder*, __F.3d__, No. 14-3464, 2014 WL 5748990 (6th Cir. 2014), *cert petition pending*; *Condon v. Haley*, __F.Supp.3d __, No. 2:14–4010–RMG, 2014 WL 5897175 (D. S.C. Nov. 12, 2014) (holding South Carolina's marriage ban unconstitutional), *appeal pending*; *Conde-Vidal v. Garcia Padilla*, __F.Supp.3d__, No. 3:14-cv-01253-PG, 2014 WL 5361987 (D. P.R. Oct. 21, 2014) (challenging Puerto Rico's marriage ban), *appeal pending*; *Majors v. Horne,* 14 F.Supp.3d 1313 (D. AZ. 2014) (holding Arizona's marriage ban unconstitutional); *Robicheaux v. Caldwell*, 2 F.Supp.3d 910 (E.D. La. 2014), *appeal and cert petition pending*; *Lee v. Orr*, 13-cv-8719, 2014 WL 683680 (N.D. Ill. Feb. 21, 2014) (holding Illinois' marriage ban unconstitutional); *Gray v. Orr*, No. 13 C 8449, 2013 WL 6355918 (N.D. Ill. Dec. 5, 2013) (granting temporary restraining order to permit same-sex couple to marry); *Garden State Equal. v. Dow*, 82 A.3d 336 (N.J. Super. Ct. Law Div. 2013) (holding New Jersey's marriage ban unconstitutional); *Varnum v. Brien*, 763 N.W. 2d 862 (Iowa 2009) (holding Iowa's marriage ban unconstitutional); *In re Marriage Cases*, 183 P.3d 384 (Cal. 2008) (holding California's marriage ban unconstitutional); *Baehr v. Lewin,* 852 P.2d 44 (Haw. 1993) (finding Hawaii marriage ban discriminated based on sex); *Darby v. Orr*, No. 12-CH-19718 (Ill. Cir. Ct., Cook Cnty. Sept. 27, 2013) (challenging Illinois' marriage ban); *Inniss v. Aderhold*, No. 1:14-cv-01180-WSD (N.D. Ga. filed Apr. 22, 2014) (challenging Georgia's marriage ban); *Jorgensen v. Dalrymple,* No. 3:14-cv-00058-RRE-KKK (D. N.D. filed Jun. 9, 2014) (challenging North Dakota's marriage ban).

Lambda Legal is a 501(c)(3) public interest law firm that does not charge its clients, but relies in part upon fees awarded by the courts.

3. Lambda Legal worked closely with West Virginia co-counsel, The Tinney Law Firm PLLC, and Jenner & Block LLP to bring this litigation seeking a declaration that West Virginia laws excluding lesbian and gay couples from marriage are unconstitutional, and injunctive relief permitting same-sex couples to marry. Lambda Legal's role in this litigation was essential given its unique and highly specialized expertise in constitutional advocacy on behalf of lesbian and gay persons, and in particular, in litigation challenging the constitutionality of exclusions from marriage.

4. I have been a lawyer with Lambda Legal since July, 2002. I was promoted to National Marriage Project Director in the spring of 2010. I have been party counsel in numerous cases successfully challenging the constitutionality of marital exclusions around the country, including *Baskin*, 766 F.3d 648, *Lee*, 2014 WL 683680 (N.D. Ill. Feb. 21, 2014), *Garden State Equal.*, 82 A.3d 336, and *Gartner v. Iowa Dep't of Public Health*, 830 N.W.2d 335 (Iowa 2013), to name a few, and I have extensive expertise in briefing and arguing such cases. For example, I recently argued *Baskin, supra,* 766 F.3d 648, before the district court and Seventh Circuit Court of Appeals, which resulted in a decision striking down Indiana's marriage ban. I was lead counsel in *Varnum*, 763 N.W. 2d 862, in which the Iowa Supreme Court unanimously struck down Iowa's marriage ban in April, 2009, making Iowa the third state in the nation to permit same-sex couples to marry.

5. I received my law degree from Columbia Law School (1996) and my bachelor's degree from Yale College (1993). I have been admitted to practice law in New York since 1997 and in Illinois since 2004. I am currently an adjunct professor at Northwestern University School

of Law, and serve on the American Constitution Society Chicago Chapter Board of Advisors. Recognition for my work includes the Columbia Law School Distinguished Graduate in the Public Interest award (2012), the American Constitution Society Ruth Goldman Award (2012), and *Crain's Chicago Business*' "40 under 40" (2009). Prior to joining Lambda Legal, I was an attorney with the Criminal Appeals Bureau of the Legal Aid Society of New York City and a litigation associate with Shearman & Sterling LLP in New York City.

6. I am requesting an hourly rate of $350.00 per hour for the time spent on this case. This fee is below the market rate for a civil rights lawyer with my experience, ability, and reputation.[2] Additionally, this fee is reasonable given the time and labor expended, the novelty and difficulty of the questions raised, the skill required to perform properly the legal services rendered, the customary fee for like work, the results obtained, the undesirability of the case within the legal community in which the suit arose, and fee awards in similar cases. *See Robinson v. Equifax Information Services, LLC,* 560 F.3d 235, 243 (4th Cir.2009).

7. Attached as Exhibit 1 is a true and correct compilation of my time records for services performed in this case. These entries itemize the time actually spent and the tasks performed. However, in certain instances where entries appeared inefficient or duplicative of the work performed by other attorneys, I exercised my judgment to reduce or eliminate the fees sought to ensure that the amount requested is appropriate for a Court-ordered fees award.

---

[2] *See, e.g., Gibson v. City of Chicago,* 873 F.Supp.2d 973 (N.D.Ill. 2012) (Chicago attorney with 17 years of practice awarded reasonable hourly rate, in suit brought pursuant to 42 U.S.C. § 1983, of $395); *Stiltner v. Cabell County Comm'n*, No. 3:13–cv–07513, 2014 WL 1330206 (S.D. W. Va. Apr. 1, 2014) (attorney awarded hourly rate of $325 for preparing and prosecuting a "routine discovery motion" because attorney had "practiced a number of years," operated a small boutique law firm, personally performed the tasks for which reimbursement was sought, and because of lack of objection by Defendants). Legal services and other non-profit organizations are entitled to have § 1988 fee awards computed on the basis of reasonable market rates even if lower salaries are paid to the organization's attorneys. *Blum v. Stenson*, 465 U.S. 886, 895 (1984). *Accord Washington v. Seattle School Dist.*, 458 U.S. 457 n.37 (1982).

4

Lambda Legal also is not seeking fees for hours expended by legal assistants. It is my opinion that the amount of billable time and expenses described represent a frugal use of attorney time and expenses, in light of the issues presented in this case, its factual posture, and the results achieved. The cost of attorneys' fees for my participation in this litigation is $54,320.00.

8.   Attached as Exhibit 2 is a true and correct copy of a compilation of the costs incurred by Lambda Legal in litigating this case. The costs total $6783.59.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was prepared in Chicago, Illinois, on December 2, 2014.

_____
Camilla B. Taylor

# EXHIBIT 1

United States District Court
Southern District of West Virginia (Huntington)
CASE #: 3:13-cv-24068, MCGEE ET AL V. COLE ET AL
CAMILLA B. TAYLOR

| Date Filed | time | task | pleading |
|---|---|---|---|
| | | | |
| 6/26/13 | 0.2 | researched statutory and common law protections for spouses in WV | |
| 7/12/13 | 1.5 | researched WV criteria for voidable marriages | |
| 7/19/13 | 0.8 | conference with potential co-counsel | |
| 7/22/13 | 9 | researched proper defendants (3.5), evolution of marriage in WV (5.1), call with potential co-counsel (.3) | |
| 7/23/13 | 5 | researched marriage ban in WV (1.5), child standing (2), marriage laws that distinguish between married and unmarried persons (1.5) | |
| 7/24/13 | 4.2 | researched 4th Cir law concerning heightened scrutiny (1.2), rational basis analysis (3) | |
| 7/29/13 | 1 | conf with potential co-counsel | |
| 8/5/13 | 5 | conf with potential co-counsel (.5), drafted (4.5) | complaint |
| 8/6/13 | 3 | researched marriage laws and venue in WV (1.1) and drafted complaint (1.9) | complaint |
| 8/15/13 | 1.2 | conf with plaintiffs | |
| 8/16/13 | 2 | conf with plaintiffs | |
| 8/19/13 | 12.2 | traveled to Huntington, WV (6.2), met with potential plaintiffs (6), potential local counsel | |
| 8/20/13 | 2.5 | met with potential local counsel | |
| 8/21/13 | 6 | traveled from WV (6) | |
| 8/22/13 | 2.5 | drafted | complaint (2) and co-counsel agreement (0.5) |
| 8/23/13 | 3.4 | drafted | client declarations (1.2) complaint (2.2) |
| 8/29/13 | 0.2 | revised | co-counsel agreement |
| 9/2/13 | 0.3 | revised | co-counsel agreement |

**United States District Court**
**Southern District of West Virginia (Huntington)**
**CASE #: 3:13-cv-24068, MCGEE ET AL V. COLE ET AL**
**CAMILLA B. TAYLOR**

| Date Filed | time | task | pleading |
|---|---|---|---|
| 9/13/13 | 0.2 | research on legislative history | |
| 9/15/13 | 2.5 | edited | complaint |
| 9/18/13 | 0.5 | drafted | PHV motion |
| 9/19/13 | 0.7 | conference concerning case strategy | |
| 9/20/13 | 0.3 | reviewed/revised | complaint |
| 9/24/13 | 0.5 | drafted | PHV motion |
| 9/25/13 | 1 | conf about case strategy | |
| 10/3/13 | 2.4 | researched ntc const question | notice of const question |
| 10/21/13 | 0.1 | Reviewed | M to Extend Time to File a Resp |
| 10/21/13 | 0.2 | reviewed/revised | Resp to McCormick M |
| 11/22/13 | 0.2 | reviewed | M to Intervene (WV) |
| 11/26/13 | 0.4 | reviewed | M to Dismiss (McCormick) |
| 11/27/13 | 0.5 | conf about case strategy | |
| 12/4/13 | 2.4 | drafted | initial disclosures |
| 12/8/13 | 1 | reviewed/revised draft | Resp to M to dismiss (McCormick) |
| 12/13/13 | 3 | reviewed/revised plaintiff decs | Plaintiffs' MSJ |
| 12/16/13 | 1.7 | participated in 26(f) conf (.5) and reviewed mtn to dismiss (Cole) (.2) and WV (1) | M to Dismiss (Cole) |
| 12/17/13 | 0.5 | researched plaintiff standing | |
| 12/19/13 | 4 | drafted Rule 26(f) report (1.5); reviewed/revised Resp to M to Dismiss (2.5) | Rule 26(f) Report |
| 12/20/13 | 0.5 | reviewed/revised | Resp to M to Dismiss |
| 12/21/13 | 0.5 | reviewed/revised | Resp to M to Dismiss |
| 12/23/13 | 4 | revised opp to state's M to Dismiss (1); drafted MSJ (3) | Resp to M to Dismiss (WV); Plaintiffs' MSJ |
| 12/26/13 | 1.5 | revised opp to State's M to Dismiss | |
| 12/27/13 | 6 | drafted Plaintiffs' MSJ | Plaintiffs' MSJ |
| 12/28/13 | 5.4 | revised Plaintiffs' MSJ | Plaintiffs' MSJ |
| 12/29/13 | 7 | revised Plaintiffs' MSJ | Plaintiffs' MSJ |
| 12/30/13 | 8 | revised Plaintiffs' MSJ (7.8); reviewed Reply in Support of MTD (Cole) (.2) | Plaintiffs' MSJ; Reply in Support of MTD (Cole) |
| 12/31/13 | 0.1 | reviewed | M to Stay |
| 1/2/14 | 0.2 | reviewed/revised | draft ntc supplemental authority |

United States District Court
Southern District of West Virginia (Huntington)
CASE #: 3:13-cv-24068, MCGEE ET AL V. COLE ET AL
CAMILLA B. TAYLOR

| Date Filed | time | task | pleading |
|---|---|---|---|
| 1/3/14 | 0.1 | reviewed | M to Strike Supp Auth |
| 1/5/14 | 1 | drafted | Resp to M to Strike |
| 1/6/14 | 1 | co-counsel discussion | re: scheduling conf |
| 1/9/14 | 0.7 | reviewed | Reply (M to Dismiss) |
| 1/13/14 | 0.2 | reviewed | Reply to Resp in Opp M to Strike |
| 1/17/14 | 0.1 | reviewed | Order |
| 1/24/14 | 0.1 | reviewed | M to Amnd Deadline to Resp |
| 1/26/14 | 0.3 | reviewed/revised | Resp in Opp to M to Amnd |
| 1/29/14 | 1.8 | reviewed/notes on order (.8); drafted and reviewed email correspondence with co-counsel concerning order with respect to topics to research and outline of response (1) | Order |
| 2/6/14 | 2.5 | research on proper defendant (2); conf on case strategy (.5) | |
| 2/9/14 | 0.6 | reviewed/revised | Resp to Court Order/Opp M to Dismiss |
| 2/11/14 | 1.5 | revised | Resp to Court Order/ Opp M to Dismiss |
| 2/12/14 | 1 | reviewed both cross M for SJ (.8) and WV Answer (.2) | M for SJ |
| 2/13/14 | 1 | conf about case strategy | |
| 2/14/14 | 0.1 | reviewed | M of Family Policy as Amicus |
| 2/17/14 | 4.8 | drafted | Reply in Support of MSJ |
| 2/18/14 | 2 | drafted | Reply in Support of MSJ |
| 2/19/14 | 0.8 | reviewed | Brief (McCormick) in further support of MTD; State's MTD |
| 2/20/14 | 2.2 | corresponded with co-counsel concerning outline in reply to state's MTD (1.2); research concerning absence of link between procreation and WV marriage laws (1) | |
| 2/21/14 | 4 | revised | reply in support of Plaintiffs' MSJ |
| 2/24/14 | 6 | reviewed/revised Burford reply (2);revised reply in support of MSJ (4) | Burford reply; reply in support of Plaintiffs' MSJ |
| 3/3/14 | 1.5 | drafted mtn to file ntc supplemental authority (.5); reviewed WV's reply in support of MTD (1) | |
| 3/14/14 | 0.1 | reviewed | Replies to 89 |

**United States District Court**
**Southern District of West Virginia (Huntington)**
**CASE #: 3:13-cv-24068, MCGEE ET AL V. COLE ET AL**
**CAMILLA B. TAYLOR**

| Date Filed | time | task | pleading |
|---|---|---|---|
| 4/15/14 | 0.5 | drafted | WV Notice of Supp Auth |
| 6/10/14 | 0.1 | reviewed | Order Staying decision |
| 7/29/14 | 0.9 | reviewed WV's motion to stay (.2); corresponded with co-counsel re: response (.2); reviewed draft cross motion to lift stay (.5) | |
| 7/30/14 | 0.1 | reviewed | WV's response in opp to cross-motion for stay |
| 10/6/14 | 1 | drafted/revised | Am Motion to Lift Stay/Enter Judgment |
| 10/7/14 | 0.1 | reviewed | Order lifting Stay |
| 10/20/14 | 0.1 | reviewed | Resp to Pls 132 |
| 10/23/14 | 3.2 | drafted | Reply in support of entry of judgment |
| 11/7/14 | 0.5 | reviewed | Order |
| TOTAL | 155.2 | $ 54,320.00 | |

# EXHIBIT 2

United States District Court
Southern District of West Virginia (Huntington)
CASE #: 3:13-cv-24068
MCGEE ET AL V. COLE ET AL
Expenses of Attorneys C. Taylor, B. Littrell and K. Loewy and Paralegal G. Gonzalez

| Account description | Invoice date | Vendor name | Amount | Details |
|---|---|---|---|---|
| Postage: Legal: HDQ | 9/23/2013 | FEDEX | $16.93 | Check for filing fee to co-counsel |
| Postage: Legal: MRO | 9/25/2013 | FEDEX | $109.58 | Retainers to and from Clients |
| Postage: Legal: MRO | 10/2/2013 | FEDEX | $17.43 | Retainer returned from Clients Murdock & Glavaris |
| Postage: Legal: MRO | 1/1/2014 | FEDEX | $111.43 | Affidavits to and from Clients |
| Postage: Legal: SRO | 9/23/2013 | FEDEX | $16.93 | Atty B. Littrell: Pro Hac Vice materials to co-counsel |
| Travel: Legal: HDQ | 8/19/2013 | AMERICAN EXPRESS | $25.00 | Atty K. Loewy: travel, plaintiff interviews (baggage fee) |
| Travel: Legal: HDQ | 8/19/2013 | AMERICAN EXPRESS | $139.30 | Atty K. Loewy: travel, plaintiff interviews (cab fare to and from the airport) |
| Travel: Legal: MRO | 8/19/2013 | AMERICAN EXPRESS | $767.60 | Atty C. Taylor & Paralegal G. Gonzalez: travel, plaintiff interviews (flights to and from WV) |
| Travel: Legal: MRO | 8/20/2013 | CAMILLA TAYLOR | $1.90 | Attny C. Taylor: travel, plaintiff interviews (toll to airport) |
| Travel: Legal: MRO | 8/24/2013 | GRACIELA GONZALEZ | $73.72 | Atty C. Taylor & Paralegal G. Gonzalez: travel, plaintiff interviews (gas in WV, cab home from airport, parking fees) |
| Travel: Legal: MRO | 8/19/2013 | AMERICAN EXPRESS | $423.94 | Atty C. Taylor & Paralegal G. Gonzalez: travel, plaintiff interviews (car rentals and C. Taylor's parking at airport) |
| Travel: Legal: SRO | 8/19/2013 | AMERICAN EXPRESS | $670.60 | Atty B. Littrell: travel, plaintiff interview (mileage) |
| Travel: Legal: SRO | 10/19/2013 | AMERICAN EXPRESS | $200.00 | Atty B. Littrell: travel, filing (flight change fee) |
| Travel: Legal: SRO | 10/19/2013 | AMERICAN EXPRESS | $15.74 | Atty B. Littrell: travel, filing (meals) |
| Travel: Legal: SRO | 10/19/2013 | AMERICAN EXPRESS | $667.99 | Atty B. Littrell: travel, filing (flight) |
| Lodging: Legal: MRO | 8/19/2013 | AMERICAN EXPRESS | $622.62 | Attys B. Littrell, K. Loewy, Paralegal G. Gonzalez: travel, plaintiff interviews (lodging) |
| Meals: Legal: MRO | 8/19/2013 | AMERICAN EXPRESS | $122.08 | Atty C. Taylor: travel, plaintiff interviews (meals) |
| Lodging: Legal: SRO | 10/19/2013 | AMERICAN EXPRESS | $230.75 | Atty B. Littrell: travel, filing (lodging) |
| Lodging: Legal: SRO | 10/19/2013 | AMERICAN EXPRESS | $313.59 | Atty B. Littrell: travel, filing (lodging) |
| Meals & Food: Legal: HDQ | 8/19/2013 | AMERICAN EXPRESS | $61.79 | Atty K. Loewy: travel, plaintiff interviews (meals) |

United States District Court
Southern District of West Virginia (Huntington)
CASE #: 3:13-cv-24068
MCGEE ET AL V. COLE ET AL
Expenses of Attorneys C. Taylor, B. Littrell and K. Loewy and Paralegal G. Gonzalez

| Category | Date | Payee | Amount | Description |
|---|---|---|---|---|
| Meals & Food: Legal: MRO | 8/24/2013 | GRACIELA GONZALEZ | $21.58 | Atty C. Taylor, Paralegal G. Gonzalez: travel, plaintiff interviews (meals) |
| Meals & Food: Legal: MRO | 8/19-20/2014 | AMERICAN EXPRESS | $211.00 | Attys C. Taylor, K. Loewy, Paralegal G. Gonzalez: travel, plaintiff interviews (meals) |
| Meals & Food: Legal: SRO | 10/19/2013 | AMERICAN EXPRESS | $17.18 | Atty B. Littell: travel, filing (meals) |
| Meals & Food: SRO | 10/19/2013 | AMERICAN EXPRESS | $149.71 | Atty B. Littell: travel, filing (meals) |
| Meals & Food: SRO | 10/19/2013 | AMERICAN EXPRESS | $2.50 | Atty B. Littell: travel, filing (meals, water) |
| Court Fees: Legal: HDQ | 9/18/2013 | WV STATE BAR | $350.00 | Visiting attorney fee, K. Loewy |
| Court Fees: Legal: MRO | 8/8/2013 | WV STATE BAR | $350.00 | Visiting attorney fee, C.Taylor |
| Court Fees: Legal: MRO | 8/8/2013 | US DIST COURT S D OF WV | $50.00 | Electronic filing fee |
| Court Fees: Legal: SRO | 9/18/2013 | WEST VIRGINIA STATE BAR | $350.00 | Visiting attorney fee, B. Littrell |
| Travel: Legal: HDQ | 8/19/2013 | AMERICAN EXPRESS | $472.70 | Atty K. Loewy: travel, plaintiff interviews (flight) |
| Travel: Legal: HDQ | 8/19/2013 | AMERICAN EXPRESS | $200.00 | Atty K. Loewy: travel, plaintiff interviews (flight change fee) |
| **TOTAL** | | | **$6,783.59** | |