IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

CASIE JO MCGEE and SARA ELIZABETH
ADKINS; JUSTIN MURDOCK and WILLIAM
GLAVARIS; and NANCY ELIZABETH
MICHAEL and JANE LOUISE FENTON,
Individually and as next friends of A.S.M.,
minor child,

   Plaintiffs,

v.                    Civil Action No. 3:13-24068

KAREN S. COLE, in her official capacity as
CABELL COUNTY CLERK; and VERA J.
MCCORMICK, in her official capacity as
KANAWHA COUNTY CLERK,
   Defendants,

and

STATE OF WEST VIRGINIA,

   Defendant-Intervenor.

**DEFENDANTS' AND DEFENDANT-INTERVENOR'S
UNOPPOSED JOINT MOTION TO EXTEND THE DEADLINE TO
RESPOND TO PLAINTIFFS' MOTION FOR ATTORNEYS'
FEES, EXPENSES AND COSTS**

   Defendants Karen S. Cole ("Ms. Cole"), by counsel, Lee Murray Hall, Sarah A. Walling, and Jenkins Fenstermaker, PLLC, and Vera McCormick ("Ms. McCormick"), by counsel, Charles R. Bailey, Michael W. Taylor, and Bailey & Wyant, PLLC and Defendant-Intervenor State of West Virginia, by counsel, Elbert Lin, Julie A. Warren, and Julie M. Blake move this Court jointly, and without opposition, for an order extending the deadline for Defendants and

Defendant-Intervenor to respond to Plaintiffs' Motion for Attorneys' Fees, Expenses and Costs, from the current deadline of December 19, 2014 to January 16, 2015.

In support thereof, Defendants and Defendant-Intervenor state:

1.  Plaintiffs filed and served their Motion for Attorneys' Fees, Expenses and Costs, and their Memorandum in support thereof, on December 2, 2014 (ECF No. 145, 146).

2.  Under the Local Rules and the Federal Rules of Civil Procedure, Defendants and Defendant-Intervenor have seventeen days—until December 19, 2014—to file their respective responses.  See L.R. Civ. P. 7.1(a)(7) (requiring any reply to be filed and served "within 14 days from the date of service of the motion."); Fed. R. Civ. P. 6(d) (adding three days "after the period would otherwise expire" when service is performed electronically).

3.  Due to the press of other matters for Defendants' and Defendant-Intervenor's counsel, Counsel for the Defendant-Intervenor conferred with Plaintiffs' Counsel, John H. Tinney, Jr., and it was agreed that Plaintiffs would not oppose an extension until January 16, 2014, for Defendants and Defendant-Intervenor to file their respective responses to Plaintiffs' Motion for Attorneys' Fees, Expenses and Costs and supporting Memorandum.

4.  The proposed extension to January 16, 2015 will not prejudice the Plaintiffs, nor is it being requested for the purpose of delay.

5.  The proposed extension to January 16, 2015, ensures Defendants and Defendant-Intervenor sufficient time to properly brief the merits of Plaintiffs' demand for attorneys' fees, expenses and costs.

Respectfully submitted,

**ATTORNEYS FOR DEFENDANT-INTERVENOR STATE OF WEST VIRGINIA**

PATRICK MORRISEY
ATTORNEY GENERAL

/s/ Julie A. Warren
_____
Elbert Lin (WV Bar #12171)
Solicitor General
Julie A. Warren (WV Bar #9789)
Julie M. Blake (WV Bar #12271)
Assistant Attorneys General
OFFICE OF THE WEST VIRGINIA
ATTORNEY GENERAL
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305
Telephone: (304) 558-2021
Fax: (304) 558-0140
E-mail: Julie.A.Warren@wvago.gov

**ATTORNEYS FOR DEFENDANT KAREN S. COLE**

/s/ Lee Murray Hall
Lee Murray Hall, Esquire (WVSB # 6447)
Sarah A. Walling, Esquire (WVSB #11407)
JENKINS FENSTERMAKER, PLLC
Post Office Box 2688
Huntington, WV  25726-2688
Telephone: (304) 523-2100
Fax: (304) 523-2347
lmh@jenkinsfenstermaker.com
saw@jenkinsfenstermaker.com

                    **ATTORNEYS FOR DEFENDANT VERA J. MCCORMICK**

                    /s/ Charles R. Bailey
                    Charles R. Bailey (WV Bar #0202)
                    Michael W. Taylor (WV Bar #11715)
                    BAILEY & WYANT, PLLC
                    500 Virginia Street, East, Suite 600
                    Post Office Box 3710
                    Charleston, West Virginia 25337-3710
                    T: 304.345.4222
                    F: 304.343.3133
                    cbailey@baileywyant.com
                    mtaylor@baileywyant.com

Dated: December 5, 2014

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

CASIE JO MCGEE and SARA ELIZABETH
ADKINS; JUSTIN MURDOCK and WILLIAM
GLAVARIS; and NANCY ELIZABETH
MICHAEL and JANE LOUISE FENTON,
Individually and as next friends of A.S.M.,
minor child,

     **Plaintiffs,**

v.                      Civil Action No. 3:13-24068

KAREN S. COLE, in her official capacity as
CABELL COUNTY CLERK; and VERA J.
MCCORMICK, in her official capacity as
KANAWHA COUNTY CLERK,

     **Defendants.**

## CERTIFICATE OF SERVICE

  I, Elbert Lin, counsel for the Movant, hereby certify that on December 5, 2014, I electronically filed the foregoing *Defendants' and Defendant-Intervenor's Unopposed Joint Motion to Extend the Deadline to Respond to Plaintiffs' Motion for Attorneys' Fees, Expenses and Costs* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Camilla B. Taylor
LAMBDA LEGAL DEFENSE &
EDUCATION FUND, INC.
Suite 2600
105 West Adams
Chicago, IL 60603
Email: ctaylor@lambdalegal.org

Elizabeth L. Littrell
LAMBA LEGAL DEFENSE &
EDUCATION FUND, INC.
Suite 1070
730 Peachtree Street, NE
Atlanta, GA 30308-1210
Email: blittrell@lambdalegal.org

5

Heather Foster Kittredge
THE TINNEY LAW FIRM
P. O. Box 3752
Charleston, WV 25337-3752
Email: heather@tinneylawfirm.com

Karen L. Loewy
LAMBDA LEGAL DEFENSE &
EDUCATION FUND, INC.
19th Floor
120 Wall Street
New York, NY 10005-3904
Email: kloewy@lambdalegal.org

Lindsay C. Harrison
JENNER & BLOCK
Suite 900
1099 New York Avenue, NW
Washington, DC 20001-4412

Luke C. Platzer
JENNER & BLOCK
Suite 900
1099 New York Avenue, NW
Washington, DC 20001-4412
Email: lplatzer@jenner.com

Paul M. Smith
JENNER & BLOCK
Suite 900
1099 New York Avenue, NW
Washington, DC 20001-4412
Email: psmith@jenner.com

R. Trent McCotter
JENNER & BLOCK
Suite 900
1099 New York Avenue, NW
Washington, DC 20001-4412
Email: rmccotter@jenner.com

John H. Tinney , Jr.
THE TINNEY LAW FIRM
P. O. Box 3752
Charleston, WV 25337-3752
Email: jacktinney@tinneylawfirm.com

Lee Murray Hall
JENKINS FENSTERMAKER
P. O. BOX 2688
Huntington, WV 25726-2688
Email: lmh@jenkinsfenstermaker.com

Sarah A. Walling
JENKINS FENSTERMAKER
P. O. Box 2688
Huntington, WV 25726-2688
Email: saw@jenkinsfenstermaker.com

Charles R. Bailey
BAILEY & WYANT
P. O. Box 3710
Charleston, WV 25337-3710
Email: cbailey@baileywyant.com

Michael W. Taylor
BAILEY & WYANT
P. O. Box 3710
Charleston, WV 25337-3710
Email: mtaylor@baileywyant.com


s/ Julie A. Warren
Julie A. Warren